**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MURIEL D. BURCH; as Parent** ) <br> **and Next Friend of** ) <br> **DARA JONES, a minor,** ) <br> **DALE JONES, a minor,** ) <br> **DANA JONES, a minor,** ) <br> **DESEREE JONES, a minor,** ) <br> **and LAYTHTCHER JONES, minor** ) <br> ) <br> **Plaintiffs,** ) <br> vs. ) <br> ) <br> **LA PETITE ACADEMY, INC.,** ) <br> **A Delaware corporation,** ) <br> **STATE OF OKLAHOMA COMMISSION** ) <br> **FOR HUMAN SERVICES, and STATE OF** ) <br> **OKLAHOMA DEPARTMENT OF** ) <br> **HUMAN SERVICES,** ) <br> ) <br> **Defendants.** ) | No. 97-CV-898-TCK-FHM |

**ADMINISTRATIVE CLOSING ORDER**

After a jury trial conducted in March of 1999, the Court entered judgment in favor of minor Plaintiffs in the amount of $8,500 compensatory damages and $150,000 punitive damages. (*See* Doc. 59.) On July 14, 2000, the Tenth Circuit affirmed the punitive damage award. (*See* Doc. 87.) For the past nine years, the Court has been overseeing disbursement of funds to minor Plaintiffs. (*See, e.g.*, Doc. 134.) It is not necessary, however, for the case to remain in "open" status in order for the Court to continue overseeing disbursement of the funds. Accordingly, the Court hereby orders an administrative closing pursuant to LCvR 41.1.

**IT IS THEREFORE ORDERED** that the Clerk administratively close this case. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon good cause shown. Further, the Court retains jurisdiction to rule on all post-judgment motions, including motions for disbursement of funds.

**ORDERED this 25th day of February, 2009.**

_____
**TERENCE KERN**
**UNITED STATES DISTRICT JUDGE**