# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MURIEL D. BURCH; as Parent and Next Friend of DARA JONES, a minor; DALE JONES, a minor; DANA JONES, a minor; DESEREE JONES, a minor and LAYTHATCHER JONES, a minor<br><br>        Plaintiffs,<br><br>v.<br><br>LA PETITE ACADEMY, INC., A Delaware corporation STATE OF OKLAHOMA COMMISSION FOR HUMAN SERVICES; and STATE OF OKLAHOMA DEPARTMENT OF HUMAN SERVICES<br><br>        Defendants. | Case No. 97-CV-898-TCK-FHM |

## **ORDER**

The Court, having reviewed the Statement of Plaintiffs' and Counsel's Position on Use of Trust Funds for Household Bills, Expenses, and Food, HEREBY AUTHORIZES the withdrawal of: 1) **$1,750.00** from the *Laythatcher Jones* Account to cover reasonable and necessary household bills, expenses, and food; and 2) **$250.00** paid from the *Laythatcher Jones Account* to cover attorney fees and costs (Dkt. 136).

SO ORDERED this 5th day of November, 2009.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE